# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

*FILED*

JUN 2 8 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| **vs** | § § § | |
| **JUAN CLAUDIO D'LUNA-MENDEZ,** | § § | Case Number: **5:22-MJ-00964-1-EC** |
| *Defendant* | § § § | |

## ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Michael Clark Gross , is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.
It is so **ORDERED** this 28th day of June, 2022.

_____
Elizabeth Chestney
U.S. Magistrate Judge