UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA,

vs

JUAN CLAUDIO D'LUNA-MENDEZ,

*Defendant*

Case Number: **5:22-MJ-00964-1-EC**

## ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Michael W. McCrum, is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.
It is so **ORDERED** this 29th day of June, 2022.

Elizabeth Chestney
U.S. Magistrate Judge