6/7/2011 Waiver of Detention Hearing

**FILED**
JUL 01 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § § | Case No: SA:22-M-00964(1) |
| (1) Juan Claudio D'Luna-Mendez | § | |

### WAIVER OF DETENTION HEARING

At the initial appearance, the government requested that I be detained without bond pending trial pursuant to Title 18 U.S.C. Section 3142(f).

I am aware of my right to a detention hearing and to require the government to meet its burden of proving that no conditions of release exist which will reasonably assure my appearance in court and the safety of the community. I know that if I waive my detention hearing, I will remain in custody pending trial. By signing this Waiver of Detention Hearing I acknowledge that I have no questions and understand my rights and the consequences of waiving those rights, and agree to be detained without bond pending trial.

_7/1/22_   _[signature]_
**Date**    **Defendant**

            _MICHAEL MCCRUM_
            **Name of Attorney for Defendant (Print)**

_7/1/22_   _[signature]_
**Date**    **Signature of Attorney for Defendant**